AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Roberto Rivas, on behalf of himself and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Ripe Juice Bar & Grill, Freshark Franchise Corp., Peter Kambitsis, Elias Kalogiros, and Gabriel Olivera, jointly and severally,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ripe Juice Bar & Grill, Peter Kambitsis, Gabriel Olivera
70-13 Austin Street
Forest Hills, NY 11375

Freshark Franchise Corp., Elias Kalogiros
312 Sunrise Hwy
Rockville Centre, NY 11570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PARDALIS & NOHAVICKA, LLP
35-10 Broadway, Suite 201
Astoria, NY 11106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*